WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
mkelley@wrightlegal.net
*Attorney for Defendant, Select Portfolio Servicing, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM L. BAILEY,<br><br>              Plaintiff,<br><br>      vs.<br><br>WELLS FARGO CARD SERVICES; SELECT PORTFOLIO SERVICING, INC; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC,<br><br>              Defendants. | Case No.:  2:17-cv-00715-KJD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SELECT PORTFOLIO SERVICING, INC. TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

   IT IS HEREBY STIPULATED between Select Portfolio Servicing, Inc. (hereinafter "SPS") and William L. Bailey (hereinafter "Plaintiff"), by and through their undersigned counsel, to extend the deadline for SPS to file a responsive pleading to Plaintiff's March 10, 2017 Complaint [ECF No. 1] to May 5, 2017. The reason for the requested extension is to allow the parties additional time to explore settlement.

///

///

///

///

///

This is the parties' first request for extension and is not intended to cause any delay or prejudice to any party.

DATED this 5th day of April, 2017.            DATED this 5th day of April, 2017.

WRIGHT, FINLAY & ZAK, LLP                     HAINES & KRIEGER, LLC

*/s/ Michael S. Kelley*                       */s/ David H. Krieger*
Dana Jonathon Nitz, Esq.                      David H. Krieger, Esq.
Nevada Bar No. 00050                          Nevada Bar No. 9086
Michael S. Kelley, Esq.                       8985 S. Eastern Ave., Suite 350
Nevada Bar No. 10101                          Henderson, NV 89123
7785 W. Sahara Ave., Suite 200                *Attorney for Plaintiff, William L. Bailey*
Las Vegas, NV 89117
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

## **ORDER**

IT IS SO ORDERED.

DATED this  April 6  _____, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:
WRIGHT, FINLAY & ZAK, LLP

*/s/ Michael S. Kelley*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 00050
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*